# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TYHEE HICKMAN and SHANAY BOLDEN, individually and on behalf of all persons similarly situated,** | : Civil Action No. 2:17-cv-01038-GAM : : : : **Class and Collective Action** |
| **Plaintiffs,** | : |
| v. | : |
| **TL TRANSPORTATION, LLC, SCOTT FOREMAN, HERSCHEL LOWE, AMAZON.COM, LLC, and AMAZON LOGISTICS, INC.** | : |
| **Defendants.** | : |

### PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION AND TO FACILITATE NOTICE PURSUANT TO 29 U.S.C. § 216(b)

Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b), Plaintiffs Tyhee Hickman and Shanay Bolden ("Plaintiffs") respectfully move this Court to enter an order conditionally certifying an FLSA collective composed of, and facilitating the sending of written notices to, all current and former Delivery Associates who were paid by TL Transportation, LLC to deliver packages for Amazon in the United States between [insert date three years prior to the date that the Court issues an Order granting Conditional Certification] and the present (the "FLSA Collective"). In support of this Motion, Plaintiffs submit the accompanying Memorandum of Law, supporting declarations, as well as deposition testimony. Plaintiffs' proposed Notice of Collective Action Lawsuit is attached hereto as Exhibit 1. Plaintiffs' proposed Opt-In Consent Form is attached hereto as Exhibit 2.

Plaintiffs respectfully request expedited treatment of this motion, as prompt judicial notice will provide the Delivery Associates the opportunity to participate in this action while they still

have claims that are not time-barred.

WHEREFORE, Plaintiffs respectfully request this Court enter an order conditionally certifying an FLSA collective composed of, and facilitate the sending of written notices to, all persons who fall within the Proposed FLSA Collective. A proposed order is attached for the Court's consideration.

| | |
|---|---|
| Dated: April 6, 2018 | Respectfully submitted,<br><br>**BERGER & MONTAGUE, P.C.**<br><br>s/ Sarah R. Schalman-Bergen<br>Shanon J. Carson<br>Sarah R. Schalman-Bergen<br>Lane Vines<br>Camille Fundora<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Telephone: (215) 875-3000<br>Facsimile: (215) 875-4604<br>scarson@bm.net<br>sschalman-bergen@bm.net<br>lvines@bm.net<br>cfundora@bm.net<br><br>Ryan Allen Hancock<br>Bruce Ludwig<br>Willig, Williams & Davidson<br>1845 Walnut Street, 24th Floor<br>Philadelphia, PA 19103<br>Telephone: (215) 656-3600<br>Facsimile: (215) 567-2310<br>rhancock@wwdlaw.com<br>bludwig@wwdlaw.com<br><br>*Attorneys for Plaintiffs and the Proposed Classes* |

## **CERTIFICATE OF SERVICE**

 I hereby certify that the foregoing document was served by ECF on all known parties on this 6th day of April, 2018.

               s/ Sarah R. Schalman-Bergen
               Sarah R. Schalman-Bergen