IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYHEE HICKMAN and SHANAY BOLDEN, individually and on behalf of all other persons similarly situated,<br><br>                    Plaintiffs,<br><br>             -against-<br><br>TL TRANSPORTATION LLC; SCOTT FOREMAN; HERSCHEL LOWE; AMAZON.COM LLC; AND AMAZON LOGISTICS, INC.<br>                    Defendants. | Civil Action No. 2:17-cv-01038-GAM<br><br>CLASS/COLLECTIVE ACTION |

**INDEX OF EXHIBITS FOR PLAINTIFFS' MOTION FOR
CONDITIONAL CERTIFICATION AND TO
FACILITATE NOTICE PURSUANT TO 29 U.S.C. § 216 (b)**

| Exhibit | Description |
|---|---|
| 1 | Proposed Notice of Collective Action Lawsuit |
| 2 | Proposed Opt-In Consent Form |
| 3 | Deposition of Scott T. Foreman dated March 9, 2018 (excerpts) |
| 4 | Declaration of Plaintiff Tyhee Hickman |
| 5 | Declaration of Shanay Bolden |
| 6 | Declaration of Laron Jones |