# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TYHEE HICKMAN and SHANAY BOLDEN, individually and on behalf of all persons similarly situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**TL TRANSPORTATION, LLC, SCOTT FOREMAN, HERSCHEL LOWE, AMAZON.COM, and AMAZON LOGISTICS, INC.,**<br><br>**Defendants.** | Civil Action No. 2:17-cv-01038-GAM<br><br>**Class and Collective Action** |

## JUDGMENT

Based on the acceptance by Opt-In Plaintiff LaRon Jones of the Fed. R. Civ. P. 68 Offer of Judgment made by Defendant TL Transportation, LLC, **IT IS HEREBY ORDERED:**

Judgment is entered in favor of Opt-In Plaintiff LaRon Jones and against Defendant TL Transportation, LLC in the amount of $613.55 plus reasonable attorney's fees, expenses, and costs accrued and attributed to the prosecution of the specific claims under the Fair Labor Standards Act and/or Pennsylvania Minimum Wage Law as of September 1, 2017 in an amount to be determined by the Court.

**ENTERED.**

Dated: 4/10/18

                                                                               /s/ Gerald Austin McHugh
                                                                   United States District Judge