**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TYHEE HICKMAN and SHANAY** | : | |
| **BOLDEN, individually and on behalf of** | : | |
| **all persons similarly situated,** | : | |
| **Plaintiffs,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **No. 17-01038** |
| | : | |
| **TL TRANSPORTATION, LLC, SCOTT** | : | |
| **FOREMAN, HERSCHEL LOWE,** | : | |
| **AMAZON.COM, LLC, and AMAZON** | : | |
| **LOGISTICS, INC.,** | : | |
| **Defendants.** | : | |

## ORDER

This 12th day of July, 2018, upon consideration of Defendants Scott Foreman and

Herschel Lowe's Motion to Dismiss for Lack of Personal Jurisdiction and Motion to Dismiss for

Improper Venue, ECF No. 35, and Plaintiffs Tyhee Hickman and Shanay Bolden's Response in

Opposition, ECF No. 44, it is hereby **ORDERED** that:

1. Defendants' Motion to Dismiss for Lack of Personal Jurisdiction is **GRANTED** only as

   to Count III as asserted against Defendants Foreman and Lowe;

2. Defendants' Motion to Dismiss for Lack of Personal Jurisdiction is **DENIED** in all other

   respects;

3. Defendants' Motion to Dismiss for Improper Venue is **DENIED**.


_____/s/ Gerald Austin McHugh_____
United States District Judge