IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYHEE HICKMAN and SHANAY BOLDEN, individually and on behalf of all persons similarly situated,<br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>TL TRANSPORTATION, LLC, SCOTT FOREMAN, HERSCHEL LOWE, AMAZON.COM, LLC, and AMAZON LOGISTICS, INC.,<br>　　　　　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br>No. 17-1038 |

## ORDER

This 16th day of August, 2018, upon consideration of Plaintiffs' Motion for Partial Judgment on the Pleadings, ECF No. 43, now converted to a motion for partial summary judgment, and upon consideration of Defendants' Responses in Opposition, ECF Nos. 49 and 51, and the parties' supplemental filings, it is hereby **ORDERED** that Plaintiffs' Motion is **GRANTED**. Partial summary judgment pursuant to Federal Rule of Civil Procedure 56(a) is hereby entered in favor of Plaintiffs, and against Defendant TL Transportation, LLC, on the question of whether Defendants' payroll policy complies with the requirements of the Fair Labor Standards Act, as set forth in 29 U.S.C. § 207.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Gerald Austin McHugh
　　　　　　　　　　　　　　　　　　　　　　United States District Judge