IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYHEE HICKMAN, SHANAY BOLDEN, and, MICHAEL EASTERDAY, individually and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TL TRANSPORTATION LLC; SCOTT FOREMAN; HERSCHEL LOWE; AMAZON.COM LLC; and AMAZON LOGISTICS, INC.,<br><br>Defendants. | Civil Action No. 2:17-cv-01038-GAM |

## ORDER

Upon the joint status report of the parties, and for good cause appearing, it is hereby ORDERED on this _2ND_ day of _AUGUST_, 2019 that the parties shall have until September 15, 2019 for Plaintiffs to submit a motion for preliminary approval of the terms of settlement.

BY THE COURT:

_____
Gerald A. McHugh
United States District Judge