IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYHEE HICKMAN, SHANAY BOLDEN, and O'DONALD HENRY, individually and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TL TRANSPORTATION, LLC, SCOTT FOREMAN, HERSCHEL LOWE, AMAZON.COM, LLC, and AMAZON LOGISTICS, INC.<br><br>Defendants. | Civil Action No.: 2:17-cv-01038-GAM |

### ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF THE SETTLEMENT AGREEMENT

AND NOW, this 23rd day of Oct, 2019, upon consideration of Plaintiffs' Unopposed Motion for Preliminary Approval of the Settlement Agreement, the Court grants Plaintiffs' Motion and ORDERS as follows:

1. The Parties' Settlement Agreement is preliminarily approved as fair, reasonable and adequate pursuant to Fed. R. Civ. P. 23(e);

2. The Court grants approval to the terms and conditions contained in the Settlement as a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act;

3. For settlement purposes, the Court confirms its July 13, 2018 Order conditionally certifying the Settlement Class as a collective pursuant to 29 U.S.C. § 216(b), pending final approval of the settlement:

> All current and former Delivery Associates who were employed by TL Transportation, LLC to deliver packages to Amazon customers in the United States between March 8, 2014 and April 15, 2017;

4. For settlement purposes, the Court preliminarily certifies the Settlement Class pursuant to Fed. R. Civ. P. 23, pending final approval of the settlement as follows:

> all current and former Delivery Associates who were employed by TL Transportation, LLC to deliver packages to Amazon customers in Pennsylvania, Maryland and New Jersey between March 8, 2014 and April 15, 2017;

5. Plaintiffs Tyhee Hickman, Shanay Bolden, and O'Donald Henry are preliminarily approved as the Representatives of the Settlement Class;

6. Berger Montague PC and Willig, Williams, & Davidson are preliminarily approved as Class Counsel for the Settlement Class;

7. Angeion Group is preliminarily approved as Settlement Administrator and the costs of settlement administration are preliminarily approved;

8. The Court approves the Notice of Settlement, attached as Exhibit A to the Settlement Agreement, and authorizes dissemination of the Notice to members of the Settlement Class;

9. The following schedule and procedures for completing the final approval process as set forth in the Parties' Settlement Agreement are hereby approved:

| | |
|---|---|
| Defendant TLT to send CAFA Notice | Within ten (10) business days after submission of the Settlement Agreement to the Court |
| Defendant TLT and Class Counsel Provide Settlement Class Contact Information | Within ten (5) business days after the Court's Preliminary Approval Order |
| Notice Sent | Within (15) business days after the Court's Preliminary Approval Order |
| Plaintiffs' Motion for Approval of Attorneys' Fees and Costs | Forty-Five (45) days after the Settlement Notice is initially mailed. |
| Deadline to Postmark Objections or Requests for Exclusion ("Objection and Exclusion Deadline") | Sixty (60) days after the Settlement Notice is initially mailed. |
| Plaintiffs' Motion for Final Approval | Five (5) business days prior to Final Approval Hearing. |

| Final Approval Hearing | At the Court's convenience, approximately one hundred (100) days after the Court's Preliminary Approval Order. |

9. The Final Approval hearing is hereby set for _FEB 18, 2020_ at _10_ a.m./~~p.m.~~ in James A. Byrne U.S. Courthouse, 601 Market Street Philadelphia, PA 19106, Courtroom _9B_.

BY THE COURT,

Dated: _10/23/2019_

_____
Honorable Gerald A. McHugh
United States District Judge