IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TYHEE HICKMAN, SHANAY BOLDEN, and O'DONALD HENRY, individually and on behalf of all persons similarly situated,** : : : : : **Plaintiffs,** : : **v.** : : **TL TRANSPORTATION, LLC, SCOTT FOREMAN, HERSCHEL LOWE, AMAZON.COM, LLC, and AMAZON LOGISTICS, INC.** : : : : : **Defendants.** : | Civil Action No.: 2:17-cv-01038-GAM<br><br>**Class & Collective Action** |

### PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEYS' FEES AND COSTS

Pursuant to Federal Rule of Civil Procedure 23(h), Class Counsel for Plaintiffs Tyhee Hickman, Shanay Bolden, and O'Donald Henry ("Plaintiffs"), individually and on behalf of all others similarly situated, respectfully seek reimbursement for attorneys' fees in the amount of Six Hundred Thousand Dollars ($600,000.00) (which is one-third of the Gross Settlement Amount), and the payment of out-of-pocket costs incurred by Class Counsel, currently $33,180.00, as established by the Settlement Agreement between the Named Plaintiffs and Defendants TL Transportation, LLC, Scott Foreman, Herschel Lowe, Amazon.com, LLC, and Amazon Logistics, Inc. (together, "Defendants").

This Motion is based on the accompanying Memorandum of Law, the Declarations of Class Counsel, and all other records, pleadings and papers on file in this action. Pursuant to the terms of the Settlement Agreement, Defendants do not oppose this Motion. Named Plaintiffs will submit a

2

proposed Order incorporating this relief in connection with their Motion for Final Approval of the Settlement on February 10, 2020.

Dated: January 10, 2020                                   Respectfully submitted,

*/s/ Sarah R. Schalman-Bergen*
Sarah R. Schalman-Bergen
Camille Fundora Rodriguez
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
sschalman-bergen@bm.net
crodriguez@bm.net

Ryan Allen Hancock
WILLIG, WILLIAMS & DAVIDSON
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103
Tel: (215) 656-3600
rhancock@wwdlaw.com

*Attorneys for Plaintiffs and
Settlement Class Member*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon all counsel of record through the Court's ECF system this 10th day of January 2020.

*/s/ Sarah R. Schalman-Bergen*
Sarah R. Schalman-Bergen